(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>EASTERN DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>　TARIQ, JAVAID | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>　None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 8644 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>　31-49 29TH ST #C6<br>　ASTORIA NY 11106 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:　Queens | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:　Dan Shaked, DS-3331<br>Shaked & Posner<br>225 W. 34th Street<br>New York, NY 10122　ph: 212-494-0035 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of the 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[X] Individual(s)　　　　[ ] Railroad
[ ] Corporation　　　　 [ ] Stockbroker
[ ] Partnership　　　　 [ ] Commodity Broker
[ ] Other _____　　 [ ] Clearing Bank

**Nature of Debts** (Check one box)

[X] Consumer/Non-Business　　[ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[X] Chapter 7　　 [ ] Chapter 11　　 [ ] Chapter 13
[ ] Chapter 9　　 [ ] Chapter 12

**Filing Fee** (Check one box)

[X] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).　See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

**(Official Form 1) (12/03)**                                                          FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JAVAID TARIQ** | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ JAVAID TARIQ
_____
   Signature of Debtor

X
_____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

   October 14, 2005
_____
   Date

</td>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

</td>
</tr>
</table>

<table>
<tr>
<td>

**Signature of Attorney**

X   /s/ Dan Shaked
_____
Signature of Attorney for Debtor(s)

**DAN SHAKED DS-3331**
_____
Printed Name of Attorney for Debtor(s)

Shaked & Posner
_____
Firm Name
225 W. 34th Street
_____
Address
New York, NY 10122
_____

212-494-0035
_____
Telephone Number
October 14, 2005
_____
Date

</td>
<td>

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Dan Shaked          October 14, 2005
_____
Signature of Attorney for Debtor(s)          Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

<table>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

</td>
<td>

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

</td>
</tr>
</table>

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

FORM B6A
(10/89)

In re ___JAVAID TARIQ_____    Case No. _____
                                     Debtor                                                          (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▶  0.00 | |

**(Report also on Summary of Schedules)**

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

FORM B6B
(10/89)
JAVAID TARIQ

In re _____    Case No. _____
                        Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash on Hand | H | 50.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with landlord | H | 1,200.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Personal items & effects | H | 1,500.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Clothing | H | 1,000.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

FORM B6B
(10/89)

In re _____    Case No. _____
                    JAVAID TARIQ
                         Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

FORM B6B
(10/89)

JAVAID TARIQ

In re _____     Case No. _____

Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested.  Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

0
——continuation sheets attached

Total ▶  $                    3,750.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)

FORM B6C
(6/90)

JAVAID TARIQ

In re _____     Case No._____
                    Debtor                                                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Cash on Hand | NY Debt & Cred Law § 283 | 50.00 | 50.00 |
| Security deposit with landlord | NY Civ Prac Law & Rules § 5205(g) | 1,200.00 | 1,200.00 |
| Personal items & effects | NY Civ Prac Law & Rules § 5205(a)( | 1,500.00 | 1,500.00 |
| Clothing | NY Civ Prac Law & Rules § 5205(a)( | 1,000.00 | 1,000.00 |

Form B6D
(12/03)

In re _____,        Case No. _____
       JAVAID TARIQ

**Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

0 _____continuation sheets attached

Subtotal➤   $    0.00
(Total of this page)

Total➤   $    0.00
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6E
(04/04)

In re JAVAID TARIQ _____,      Case No._____
            Debtor                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____  continuation sheets attached

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6F (12/03)

**In re** _____,      **Case No.** _____
       JAVAID TARIQ

     **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 817587 <br><br> 4-HOUR WIRELESS <br> 206 TERMINAL DRIVE <br> PLAINVIEW NY 11803 | | | Incurred: 2002 <br> Consideration: Telephone Services | | | | 20.00 |
| ACCOUNT NO. 4777 2108 4507 9977 <br><br> ACTION CARD <br> PO BOX 5159 <br> SIOUX FALLS SD 57117-5159 | | | Incurred: 1998-2003 <br> Consideration: Credit card debt | | | | 1,077.00 |
| ACCOUNT NO. 024249798011350011 <br><br> AMERICAN EXPRESS <br> PO BOX 360002 <br> FORT LAUDERDALE FL 33336-0002 | | | Incurred: 1987-2003 <br> Consideration: Credit card debt | | | | 207.00 |
| ACCOUNT NO. <br><br> ARROW FINANCIAL <br> 21031 NETWORK PLACE <br> CHICAGO IL 60673-1210 | | | Consideration: Collection agent | | | | Notice Only |

_____9_____ continuation sheets attached

                                        Subtotal ➤ | $ | 1,304.00
(Total of this page)

                                             Total ➤ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARROW FINANCIAL<br>5996 W TOUHY AVE<br>NILES IL 60714-4610 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>ARS<br>1699 WALL ST STE 300<br>MT PROSPECT IL 60056-5788 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>ASSOCIATED RECOVERY SYS<br>PO BOX 3297<br>ESCONDIDO CA 92033-3297 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  5470 5980 0048 7242<br><br>BANKFIRST/ACTION CARD<br>PO BOX 5159<br>SIOUX FALLS SD 57117-5159 | | | Incurred: 1998-2002<br>Consideration: Credit card debt | | | | 1,235.00 |
| ACCOUNT NO.  5546111104<br><br>BP AMOCO<br>PROCESSING CENTER<br>DES MOINES IA 50360-6600 | | | Incurred: 2000-2003<br>Consideration: Credit card debt | | | | 674.00 |

Sheet no. __1__ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　1,909.00
(Total of this page)

Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,   Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRADLEY J REPHEN PC<br>17 SQUADRON BLVD SUITE 230<br>NEW CITY NY 10956 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>BRONSON & MIGLIACCIO<br>415 LAWRENCE BELL DR<br>WILLIAMSVILLE NY 14221 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>BRUCE KEMP<br>39-13 BELL BLVD<br>PO BOX 521<br>BAYSIDE NY 11361-0521 | | | Consideration: City Marshal | | | | Notice Only |
| ACCOUNT NO.  5291 1519 4457<br><br>CAPITAL ONE<br>PO BOX 70884<br>CHARLOTTE NC 28272-0884 | | | Incurred: 2001-2003<br>Consideration: Credit card debt | | | | 1,277.00 |
| ACCOUNT NO.  5178 0521 8155 5489<br><br>CAPITAL ONE<br>PO BOX 790216<br>ST LOUIS MO 63179-0216 | | | Incurred: 2002-2003<br>Consideration: Credit card debt | | | | 1,240.00 |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　　2,517.00
(Total of this page)
Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,     Case No. _____
                      **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5263 4101 7900 <br><br> CHASE MANHATTAN BANK <br> PO BOX 15650 <br> WILMINGTON DE 19886-5650 | | | Incurred: 1994-2001 <br> Consideration: Credit card debt | | | | 4,865.00 |
| ACCOUNT NO. <br><br> CINGULAR WIRELESS <br> PO BOX 8220 <br> AURORA IL 60572-8220 | | | Incurred: 2004 <br> Consideration: Telephone Services | | | | 1,470.00 |
| ACCOUNT NO.  2853 5701 <br><br> CITIBANK <br> PO BOX 6532 <br> THE LAKES NV 88901-6532 | | | Incurred: 2001-2003 <br> Consideration: Credit card debt | | | | 1,588.00 |
| ACCOUNT NO. <br><br> CITIBANK/CCSI <br> 7930 NW 110TH STREET <br> PO BOX 20487 <br> KANSAS CITY MO 64195-9904 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> CLIENT SERVICES INC <br> 3451 HARRY S TRUMAN BLVD <br> ST CHARLES MO 63301 | | | Consideration: Collection agent | | | | Notice Only |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal➤ | $ | 7,923.00
            (Total of this page)
                            Total➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611  30939

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,    Case No. _____
                        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COHEN & SLAMOWITZ<br>199 CROSSWAYS PARK DR<br>WOODBURY NY 11797-2016 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>FDS BANK<br>9111 DUKE BLVD<br>MASON OH 45040 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FIRST NA NATIONAL BANK<br>PO BOX 830007<br>BALTIMORE MD 21283-0007 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.  4053 5550 4665 3755<br><br>FLEET BANK<br>CREDIT CARD SERVICES<br>PO BOX 1070<br>NEWARK NJ 07101-1070 | | | Incurred: 2000-2002<br>Consideration: Credit card debt | | | | 2,218.00 |
| ACCOUNT NO.  CG3N85136131696<br><br>GE MONEY BANK<br>PO BOX 960061<br>ORLANDO FL 32896-0061 | | | Incurred: 1995-2002<br>Consideration: Credit card debt | | | | 680.00 |

Sheet no. __4__ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      2,898.00
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5499 4409 1233 0490<br><br>GM CARD<br>PO BOX 37281<br>BALTIMORE MD 21297-3281 | | | Incurred: 1998-2003<br>Consideration: Credit card debt | | | | 1,941.00 |
| ACCOUNT NO.<br><br>GREAT SENECA FINANCIAL CORP<br>15200 SHADY GROVE RD<br>SUITE 202C<br>ROCKVILLE MD 20850 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.<br><br>GULLACE & WELD LLP<br>500 FIRST FEDERAL PLAZA<br>ROCHESTER NY 14614 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  410263894<br><br>MACYS<br>PO BOX 4563<br>CAROL STRM IL 60197-4563 | | | Incurred: 2001-2002<br>Consideration: Credit card debt | | | | 540.00 |
| ACCOUNT NO.<br><br>MITCHELL N  KAY<br>7 PENN PLAZA 18TH FL<br>NEW YORK NY 10001-3995 | | | Consideration: Collection agent | | | | Notice Only |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　　2,481.00
(Total of this page)

Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  37215174<br><br>MTA BRIDGES AND TUNNELS<br>PO BOX 149004<br>STATEN ISLAND NY 10314-9004 | | | Incurred: 2003<br>Consideration: E-ZPass | | | | 77.55 |
| ACCOUNT NO.<br><br>NATIONWIDE RECOVERY SVC<br>PO BOX 926100<br>NORCROSS GA 30010-6100 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>NCO FINANCIAL SYSTEMS<br>PO BOX 41457<br>PHILADELPHIA PA 19101-1457 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>NORTHLAND GROUP<br>PO BOX 390905<br>EDINA MN 55439 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>PALISADES COLLECTION<br>210 SYLVAN AVE<br>ENGLEWOOD CL NJ 07632 | | | Consideration: Collection agent | | | | Notice Only |

Sheet no. __6__ of __9__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      77.55
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,    Case No. _____
                  **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PLAZA ASSOCIATES<br>JAF STATION<br>PO BOX 2769<br>NEW YORK NY 10116-2769 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.  2500 556305<br><br>PROVIDIAN<br>PO BOX 660487<br>DALLAS TX 75266-0487 | | | Incurred: 1999-2002<br>Consideration: Credit card debt | | | | 7,455.00 |
| ACCOUNT NO.  2100667763<br><br>PROVIDIAN<br>PO BOX 660487<br>DALLAS TX 75266-0487 | | | Incurred: 2000-2002<br>Consideration: Credit card debt | | | | 3,098.00 |
| ACCOUNT NO.  5542 8521 0066 7763<br><br>PROVIDIAN<br>PO BOX 660487<br>DALLAS TX 75266-0487 | | | Incurred: 1998-2002<br>Consideration: Credit card debt | | | | 2,230.00 |
| ACCOUNT NO.  4465 6125 0055 6305<br><br>PROVIDIAN<br>PO BOX 660487<br>DALLAS TX 75266-0487 | | | Incurred: 1998-2002<br>Consideration: Credit card debt | | | | 5,927.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Sheet no. __7__ of _9___ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 18,710.00
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,    Case No. _____
                           **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STRONG MEMORIAL HOSP<br>ACCTS RECEIVABLE<br>601 ELMWOOD AVENUE<br>ROCHESTER NY 14642 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 3,831.00 |
| ACCOUNT NO.<br><br>TRUE LOGIC FINANCIAL<br>PO BOX 4387<br>ENGLEWOOD CO 80155-4387 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>VAN RU CREDIT CORP<br>PO BOX 46249<br>LINCOLNWOOD IL 60646-0249 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.   5410 1893 0159<br><br>WELLS FARGO<br>PO BOX 6412<br>CAROL STREAM IL 60197-6412 | | | Incurred: 1999-2002<br>Consideration: Credit card debt | | | | 5,593.00 |
| ACCOUNT NO.<br><br>WELLS FARGO BANK<br>PO BOX 29475<br>PHOENIX AZ 85038 | | | Consideration: Credit card debt | | | | Notice Only |

Sheet no. __8__ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $        9,424.00
(Total of this page)
Total➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

Form B6F - Cont.
(12/03)

JAVAID TARIQ

In re _____,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WELLS FARGO FINANCIAL <br> PO BOX 5943 <br> SIOUX FALLS SD 57117-5943 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> WOLPOFF & ABRAMSON LLP <br> 300 CANAL VIEW BLVD <br> ROCHESTER NY 14623-2811 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _9_ of _9_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤          $              0.00
(Total of this page)
Total ➤          $         47,243.55
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

FORM B6G
(10/89)

JAVAID TARIQ

In re _____    Case No. _____
                        Debtor                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

FORM B6H
(6/90)

In re _____JAVAID TARIQ_____     Case No. _____
                   Debtor                                                            (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611  -  30939

Form B6I
12/03

JAVAID TARIQ

In re_____ ,        Case No._____
                        Debtor                                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP | AGE |
| | son | 29 |
| | son | 27 |
| | daughter | 20 |
| | daughter | 20 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Taxi Driver | |
| Name of Employer | self-employed | |
| How long employed | 10 years (on and off) | |
| Address of Employer | | N.A. |

| | | | | |
|---|---|---|---|---|
| **Income:** (Estimate of average monthly income) | | | DEBTOR | SPOUSE |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | | $ 0.00 | $ N.A. |
| Estimated monthly overtime | | | $ 0.00 | $ N.A. |
| SUBTOTAL | | | $ 0.00 | $ N.A. |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | | | $ 0.00 | $ N.A. |
| b. Insurance | | | $ 0.00 | $ N.A. |
| c. Union Dues | | | $ 0.00 | $ N.A. |
| d. Other (Specify:_____) | | | $ 0.00 | $ N.A. |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | | $ 0.00 | $ N.A. |
| TOTAL NET MONTHLY TAKE HOME PAY | | | $ 0.00 | $ N.A. |
| Regular income from operation of business or profession or farm (attach detailed statement) | | | $ 5,000.00 | $ N.A. |
| Income from real property | | | $ 0.00 | $ N.A. |
| Interest and dividends | | | $ 0.00 | $ N.A. |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | | $ 0.00 | $ N.A. |
| Social security or other government assistance (Specify) _____ | | | $ 0.00 | $ N.A. |
| Pension or retirement income | | | $ 0.00 | $ N.A. |
| Other monthly income (Specify) _____ | | | $ 0.00 | $ N.A. |
| _____ | | | $ 0.00 | $ N.A. |
| TOTAL MONTHLY INCOME | | | $ 5,000.00 | $ N.A. |

TOTAL COMBINED MONTHLY INCOME        $ 5,000.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

FORM B6J
(6/90)

JAVAID TARIQ

In re _____ ,    Case No. _____
                        Debtor                                           (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,338.00 |
| Are real estate taxes included?          Yes _____    No ___✓___ | | |
| Is property insurance included?          Yes _____    No ___✓___ | | |
| Utilities      Electricity and heating fuel | $ | 75.00 |
|         Water and sewer | $ | 0.00 |
|         Telephone | $ | 100.00 |
|         Other ___Cable TV/Internet___ | $ | 80.00 |
| Home maintenance (Repairs and upkeep) | $ | 25.00 |
| Food | $ | 500.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|         Homeowner's or renter's | $ | 0.00 |
|         Life | $ | 0.00 |
|         Health | $ | 0.00 |
|         Auto | $ | 0.00 |
|         Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|         Auto | $ | 0.00 |
|         Other _____ | $ | 0.00 |
|         Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 200.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 2,800.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)        $  5,343.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each _____N.A._____ | $ | N.A. |
|         (interval) | | |

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## EASTERN DISTRICT OF NEW YORK

JAVAID TARIQ

In re _____     Case No. _____
           Debtor                                                 (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  -  Real Property | YES | 1 | $            0.00 | | |
| B  -  Personal Property | YES | 3 | $        3,750.00 | | |
| C  -  Property Claimed As Exempt | YES | 1 | | | |
| D  -  Creditors Holding Secured Claims | YES | 1 | | $            0.00 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 1 | | $            0.00 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $      47,243.55 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $        5,000.00 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        5,343.00 |
| Total Number of Sheets in ALL Schedules  ▶ | | 21 | | | |
| Total Assets  ▶ | | | 3,750.00 | | |
| Total Liabilities  ▶ | | | | 47,243.55 | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611  -  30939

Official Form 6-Cont.
(12/03)

In re    JAVAID TARIQ                                    ,           Case No. _____
_____
                    Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    ____22____

sheets and that they are true and correct to the best of my knowledge, information and belief.          (Total shown on summary page plus 1)

Date    October 14, 2005            Signature    /s/ JAVAID TARIQ
_____                          _____
                                                                            Debtor

Date _____        Signature    Not Applicable
                                                         _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                                            (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____            _____
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

**FORM 7.  STATEMENT OF FINANCIAL AFFAIRS**

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF NEW YORK

In Re    JAVAID TARIQ _____    Case No. _____

        (Name)                                                     (if known)

                Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE (if more than one)

| | AMOUNT | SOURCE (if more than one) |
|---|---|---|
| 2005 | $45,000 | Gross receipts from driving taxi |
| 2004 | $60,000 | Gross receipts from driving taxi |
| 2003 | $58,800 | Gross receipts from driving taxi |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

**2.   Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation
☐       of the debtor's business during the two years immediately preceding the commencement of this case.  Give
        particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under
        chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2003 | $8,000 | Received from FEMA |
| 2004 | $1,000 | From taxi driver's union |

**3.   Payments to Creditors**

None    a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more
☒       than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married
        debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a
        joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None    b.    List all payments made within one year immediately preceding the commencement of this case to or for
☒       the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
        include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year
☐       immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13
        must include information concerning either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Strong Memorial Hosp. v. Tariq | Collection | Civil Court, County of Queens | Judgment |
| Rushmore Recoveries v. Tariq | Collection | Civil Court, County of Queens | Judgment |

None  b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
☒        within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
        12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒        lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
        case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
        is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None  a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒        preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
        any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
        and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒        one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
        chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
        is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Dan Shaked<br>Shaked & Posner<br>225 W. 34th Street<br>New York, NY 10122 | October 12, 2005 | $591. |

**10.  Other transfers**

None
☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.   Closed financial accounts**

None  ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.   Safe deposit boxes**

None  ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.   Setoffs**

None  ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.   Property held for another person**

None  ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.   Prior address of debtor**

None  ☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None
☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-------------------------|---------|--------------------|-----------------------------|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|------|---------|

## [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____October 14, 2005_____    Signature of Debtor    ___/s/ JAVAID TARIQ___

JAVAID TARIQ

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 30939

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer

_____

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____

Signature of Bankruptcy Petition Preparer                                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     0    continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

**Form B8 (Official Form 8)**
**(12/03)**

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK

In re    JAVAID TARIQ                                    ,          Case No. _____

                                Debtor

                                                                Chapter    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                                  **Creditor's name**

NONE

   *b.  Property to Be Retained.*                               *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date:    October 14, 2005                          /s/ JAVAID TARIQ

                                                    Signature of Debtor        JAVAID TARIQ

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

4-HOUR WIRELESS
206 TERMINAL DRIVE
PLAINVIEW NY 11803


ACTION CARD
PO BOX 5159
SIOUX FALLS SD 57117-5159


AMERICAN EXPRESS
PO BOX 360002
FORT LAUDERDALE FL 33336-0002


ARROW FINANCIAL
21031 NETWORK PLACE
CHICAGO IL 60673-1210


ARROW FINANCIAL
5996 W TOUHY AVE
NILES IL 60714-4610


ARS
1699 WALL ST STE 300
MT PROSPECT IL 60056-5788


ASSOCIATED RECOVERY SYS
PO BOX 3297
ESCONDIDO CA 92033-3297


BANKFIRST/ACTION CARD
PO BOX 5159
SIOUX FALLS SD 57117-5159


BP AMOCO
PROCESSING CENTER
DES MOINES IA 50360-6600


BRADLEY J REPHEN PC
17 SQUADRON BLVD SUITE 230
NEW CITY NY 10956

BRONSON & MIGLIACCIO
415 LAWRENCE BELL DR
WILLIAMSVILLE NY 14221


BRUCE KEMP
39-13 BELL BLVD
PO BOX 521
BAYSIDE NY 11361-0521


CAPITAL ONE
PO BOX 70884
CHARLOTTE NC 28272-0884


CAPITAL ONE
PO BOX 790216
ST LOUIS MO 63179-0216


CHASE MANHATTAN BANK
PO BOX 15650
WILMINGTON DE 19886-5650


CINGULAR WIRELESS
PO BOX 8220
AURORA IL 60572-8220


CITIBANK
PO BOX 6532
THE LAKES NV 88901-6532


CITIBANK/CCSI
7930 NW 110TH STREET
PO BOX 20487
KANSAS CITY MO 64195-9904


CLIENT SERVICES INC
3451 HARRY S TRUMAN BLVD
ST CHARLES MO 63301


COHEN & SLAMOWITZ
199 CROSSWAYS PARK DR
WOODBURY NY 11797-2016

FDS BANK
9111 DUKE BLVD
MASON OH 45040


FIRST NA NATIONAL BANK
PO BOX 830007
BALTIMORE MD 21283-0007


FLEET BANK
CREDIT CARD SERVICES
PO BOX 1070
NEWARK NJ 07101-1070


GE MONEY BANK
PO BOX 960061
ORLANDO FL 32896-0061


GM CARD
PO BOX 37281
BALTIMORE MD 21297-3281


GREAT SENECA FINANCIAL CORP
15200 SHADY GROVE RD
SUITE 202C
ROCKVILLE MD 20850


GULLACE & WELD LLP
500 FIRST FEDERAL PLAZA
ROCHESTER NY 14614


MACYS
PO BOX 4563
CAROL STRM IL 60197-4563


MITCHELL N  KAY
7 PENN PLAZA 18TH FL
NEW YORK NY 10001-3995


MTA BRIDGES AND TUNNELS
PO BOX 149004
STATEN ISLAND NY 10314-9004

NATIONWIDE RECOVERY SVC
PO BOX 926100
NORCROSS GA 30010-6100


NCO FINANCIAL SYSTEMS
PO BOX 41457
PHILADELPHIA PA 19101-1457


NORTHLAND GROUP
PO BOX 390905
EDINA MN 55439


PALISADES COLLECTION
210 SYLVAN AVE
ENGLEWOOD CL NJ 07632


PLAZA ASSOCIATES
JAF STATION
PO BOX 2769
NEW YORK NY 10116-2769


PROVIDIAN
PO BOX 660487
DALLAS TX 75266-0487


PROVIDIAN
PO BOX 660487
DALLAS TX 75266-0487


PROVIDIAN
PO BOX 660487
DALLAS TX 75266-0487


PROVIDIAN
PO BOX 660487
DALLAS TX 75266-0487


STRONG MEMORIAL HOSP
ACCTS RECEIVABLE
601 ELMWOOD AVENUE
ROCHESTER NY 14642

TRUE LOGIC FINANCIAL
PO BOX 4387
ENGLEWOOD CO 80155-4387


VAN RU CREDIT CORP
PO BOX 46249
LINCOLNWOOD IL 60646-0249


WELLS FARGO
PO BOX 6412
CAROL STREAM IL 60197-6412


WELLS FARGO BANK
PO BOX 29475
PHOENIX AZ 85038


WELLS FARGO FINANCIAL
PO BOX 5943
SIOUX FALLS SD 57117-5943


WOLPOFF & ABRAMSON LLP
300 CANAL VIEW BLVD
ROCHESTER NY 14623-2811

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re    JAVAID TARIQ_____,

　　　　　　　　　　　　　Debtor

Case No. _____

Chapter _____7_____

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 5 pages, is true,

correct and complete to the best of my knowledge.

Date    October 14, 2005_____

Signature
of Debtor

/s/ JAVAID TARIQ_____

JAVAID TARIQ

Dan Shaked
Shaked & Posner
225 W. 34th Street
New York, NY 10122
212-494-0035

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re   JAVAID TARIQ_____,

                    Debtor

Case No. _____

Chapter ___7_____

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

    1.  Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $591.00.

    2.  The source of the compensation paid, or to be paid to me was the debtor.

    3.  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date _October 14, 2005_      Signature   _____

                                       Dan Shaked, Bar No. DS-3331

Dan Shaked
Shaked & Posner
225 W. 34th Street
New York, NY 10122
212-494-0035