UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In Re:                                                                    STATEMENT PURSUANT TO

                                                                            LOCAL RULE 2017-1

              JAVAID TARIQ,

                            Debtor(s).
---------------------------------------------------X

         DAN SHAKED, an attorney duly admitted to practice law in this Court, states:

         1. I am the attorney for the above-named debtor(s).

         2. That prior to the filing of the petition herein, I rendered the following services to the above-named debtor(s):

| **Date** | **Service** | **Time** |
|---|---|---|
| 03/29/05 | Initial office consultation with attorney | 1.00 hour |
| 10/05/05 | Second consultation with attorney | 2.00 hour |
| 10/14/05 | Preparation and typing of petition and schedules | 2.00 hours |
| 10/14/05 | Signing and reviewing of petition | .5 hour |
| 10/15/05 | Court filing | .75 hour |

         3. That I will also represent the debtor(s) at the first meeting of the creditors.

         4. I charged the debtor(s) $250.00 per hour; however, no hourly rate has been charged in this case.  The fee for this case has been determined by the nature of the case.  A flat fee of $591.00 has been charged.

Dated: New York, New York                  */s/Dan Shaked*_____
      October 14, 2005                    DAN SHAKED, ESQ.
                                                   Attorney for the Debtor(s)